COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                        NO.
2-07-231-CV

 

NOBLE
EZUKANMA, M.D. AND                                            APPELLANTS

HEALTHFIRST MEDICAL GROUP, 

P.A., AND KRISHNABABU 

CHUNDURI, M.D. 

 

                                                   V.

 

ROBERT
GENE CUNNINGHAM,                                               APPELLEES

INDIVIDUALLY AND AS
REPRESENTATIVE 

OF THE ESTATE OF PATRICIA
MAUDINE 

CUNNINGHAM, DECEASED, ROBIN
LEE 

CUNNINGHAM BISHOP, AND TRACY 

JEANNE CUNNINGHAM LANG

 

                                                 AND

 

ROBERT
GENE CUNNINGHAM,                                             APPELLANTS

INDIVIDUALLY AND AS
REPRESENTATIVE 

OF THE ESTATE OF PATRICIA
MAUDINE 

CUNNINGHAM, DECEASED, ROBIN
LEE 

CUNNINGHAM BISHOP, AND TRACY
JEANNE 

CUNNINGHAM LANG

 

                                                   V.

 

LINCOLN
CHIN, M.D. AND LADI O.M.                                      APPELLEES

HAROONA,
M.D.                                                                                 

 

                                               ----------

            FROM THE 141ST
DISTRICT COURT OF TARRANT COUNTY

                                               ----------








                  MEMORANDUM OPINION[1] AND JUDGMENT

                                               ----------

We have considered appellants Robert Gene Cunningham, Individually and
as Representative of the Estate of Patricia Maudine Cunningham, Deceased, Robin
Lee Cunningham Bishop, and Tracy Jeanne Cunningham Lang and appellee Lincoln
Chin, M.D.=s AJoint Motion To Dismiss.@  It is the court=s opinion that the motion should be granted; therefore, we dismiss
appellants= appeal of
the judgment rendered in favor of appellee Lincoln Chin, M.D. only.  See TEX. R. APP. P.
42.1(a)(2), 43.2(f).  The remaining
portion of the appeal shall hereafter be styled ARobert Gene Cunningham, Individually and as Representative of the
Estate of Patricia Maudine Cunningham, Deceased, Robin Lee Cunningham Bishop,
and Tracy Jeanne Cunningham Lang v. Ladi O.M. Haroona, M.D.@

Costs of appellants= appeal of the judgment entered in appellee Chin=s favor shall be paid by the party incurring the same, for which let
execution issue.

 

PER
CURIAM       

 

 

PANEL B:  GARDNER, DAUPHINOT, and HOLMAN, JJ.

 

DELIVERED:  June 5, 2008











[1]See Tex. R. App. P. 47.4.